### 47327.   MANN v. KING et al.

HALL, Presiding Judge. Plaintiff in a suit for invasion of privacy appeals from the summary judgment for the defendant. Plaintiff contends the tort committed was the sending of a letter to his employer by a creditor regarding a debt. This court has recently held that this conduct does not give rise to an action for invasion of privacy. *Signal Oil &c. Co. v. Conway,* 126 Ga. App. 711. See also *Gouldman-Taber Pontiac v. Zerbst,* 213 Ga. 682 (100 SE2d 881) on which the holding in the *Signal Oil* case is based.

   *Judgment affirmed. Pannell and Quillian, JJ., concur.*
ARGUED JULY 6, 1972—DECIDED SEPTEMBER 5, 1972.

*William R. Hurst,* for appellant.
*Beck, Goddard, Owen, Squires & Murray, Samuel Murray,* for appellees.